

No. 13–0522/AF.  U.S. v. David J.A. Gutierrez.  CCA 37913.  Appellant's petition for reconsideration of the Court's opinion, 74 M.J. 61 (C.A.A.F. 2015), is denied.

Friday, April 10, 2015

No. 15–0294/AR.  U.S. v. Christopher S. Schloff.  CCA 20140708.  Appellant's motion to file a joint appendix is granted.

No. 15–0477/AF.  U.S. v. Nicholas E. Busch.  CCA 38530.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 29, 2015.